# ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 AUG 15  P 4: 0

CLERK CAdam
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ZACHARY LEON WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 312-048 |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.

Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as

the opinion of the Court.   Therefore, the Acting Commissioner's final decision is

**AFFIRMED**, this civil action is **CLOSED**, and a final judgment shall be entered in favor

of the Acting Commissioner.

SO ORDERED this 15th day of August, 2013, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE